IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEXIS ALFARO**                                                                             **PLAINTIFF**

**v.**                       **Case No. 4:18-cv-00187-KGB**

**MATTHEW W. MEINKE, individual,
and in his official capacity as a police
officer in and for the Lonoke Police
Department; JAMES A. BRYANT,
Individually, and in his official capacity as
Sergeant in and for the Lonoke Police
Department, and CITY OF LONOKE,
ARKANSAS**                                                           **DEFENDANTS**

## **ORDER**

Before the Court is a motion to dismiss with prejudice filed by plaintiff Alexis Alfaro (Dkt. No. 28). Mr. Alfaro represents that the parties have entered into a settlement agreement (*Id.*, ¶ 1). Mr. Alfaro represents that he has been unable to contact counsel for defendants regarding the motion to dismiss, but Mr. Alfaro maintains that counsel for defendants does not object to the current motion (*Id.*, ¶ 4). In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court considers the terms of the dismissal proper. For good cause shown, the Court grants the motion to dismiss with prejudice (Dkt. No. 28). The action is dismissed with prejudice. The Court denies as moot defendants' motion for summary judgment (Dkt. No. 16).

So ordered this 4th day of June, 2019.

                                                           */s/ Kristine G. Baker*
                                                           Kristine G. Baker
                                                           United States District Judge